UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALLISON SOLANO, on behalf of herself and all others similarly situated,

            Plaintiffs,

-against-

CREDIT MANAGEMENT L.P.,

           Defendant.

Case No. 6:17-cv-01329-BKS-ATB

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
           April 3, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Daniel Cohen PLLC
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Fax: (929) 575-4195
Dan@dccohen.com
*Attorney for Plaintiff*

By: /s/ David Peltan
David Peltan, Esq.
Peltan Law PLLC
128 Church Street
East Aurora, NY 14052
Tel: (716) 374 - 5431
Davidpeltan@peltanlaw.com
*Attorney for Defendant*

IT IS SO ORDERED:

*/s/ Brenda K. Sannes*

Brenda K. Sannes
U.S. District Judge

Dated: __April 3, 2018__
        Syracuse, NY